UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of all parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __14-1881__       Caption: __Dennis Darnay Williams v. Marjorie K. Lynch__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__James B. Angell, Chapter 7 Trustee for Dennis Darnay Williams__
(name of party/amicus)


who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☑YES ☐NO
If yes, identify entity and nature of interest:

> There may be creditors of Dennis Darnay Williams who are publicly held entities who may receive distributions in the bankruptcy case. A copy of the creditor matrix is attached as Exhibit A.

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☑YES ☐NO
If yes, identify any trustee and the members of any creditors' committee:

> James B. Angell is the Chapter 7 Trustee for Dennis Darnay Williams. No unsecured creditors' committee was formed in the bankruptcy proceeding.

Signature: _____     Date: 9-9-2014

Counsel for: James B. Angell, Chapter 7 Trustee

## CERTIFICATE OF SERVICE
*************************

I certify that on September 9, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian Behr - served via cm/ecf

Robert Lewis, Jr. - served via cm/ecf

Dennis Darnay Williams
604 Humboldt Place
Fayetteville, NC 28314

_____                    9-9-2014
(signature)                                (date)

- 2 -

12-05122-8-SWH Dennis Darnay Williams
Case type: bk Chapter: 7 Asset: Yes Vol: v Judge: Stephani W. Humrickhouse
Date filed: 07/13/2012 Date of last filing: 09/08/2014

# Creditors



**Afni**
404 Brock Dr Po Box 3097
Bloomington, IL 61701

(4327111)
(cr)

**Ally Bank**

(4327112)
(cr)

**Ally Financial**
P.O. Box 130424
Saint Paul, MN 55113

(4327113)
(cr)

**Ally Financial Inc. f/k/a GMAC Inc.**
P O Box 130424
Roseville, MN 55113

(4362456)
(cr)

**American InfoSource LP as agent for**
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245

(4554954)
(cr)

**Bank Of America**
4161 Piedmont Pkwy Nc4-105-03-14
Greensboro, NC 27410

(4327115)
(cr)

**Bank Of America**
Po Box 982238
El Paso, TX 79998

(4327114)
(cr)

**Bank of America**
Po Box 17054
Wilmington, DE 19884

(4327116)
(cr)

**BB&T**
Po Box 2306
Wilson, NC 27894

(4327119)
(cr)

**BB&T**
Po Box 1847
Wilson, NC 27894

(4327118)
(cr)

**Bbt Rcvry**
4251 Fayetteville
Lumberton, NC 28358

(4327120)
(cr)

| | |
|---|---|
| **Best Buy**<br>2034 Skibo Road<br>Fayetteville, NC 28314 | (4327121)<br>(cr) |
| **Bosco Credit II LLC**<br>Franklin Credit Management Corporation<br>P.O. Box 2301<br>Jersey City, NJ 07303-2301 | (4531239)<br>(cr) |
| **Branch Banking and Trust**<br>P.O. Box 200<br>Wilson, NC 27893 | (4327122)<br>(cr) |
| **Capital One, N.A.**<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | (4711802)<br>(cr) |
| **Cumberland County Tax Collector**<br>PO Box 449<br>Fayetteville, NC 28302-0449 | (4560562)<br>(cr) |
| **Deborah S. Pigford**<br>P.O. Box 387<br>Warsaw, NC 28398 | (4327123)<br>(cr) |
| **Deutsche Bank National Trust Company**<br>Franklin Credit Management Corporation<br>P.O. Box 2301<br>Jersey City, NJ 07303-2301 | (4358855)<br>(cr) |
| **Equity One**<br>400 Lippincott Dri<br>Marlton, NJ 08053 | (4327124)<br>(cr) |
| **FIA CARD SERVICES, N.A.**<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | (4349466)<br>(cr) |
| **First Point**<br>Po Box 26140<br>Greensboro, NC 27402 | (4327125)<br>(cr) |
| **Ford Motor Credit Company LLC**<br>Dept 55953<br>P O Box 55000<br>Detroit MI 48255-0953 | (4450056)<br>(cr) |
| **Founders**<br>607 N Main Street<br>Lancaster, SC 29720-2137 | (4327126)<br>(cr) |
| **Founders Federal Credit Union** | (4361659) |

737 Plantation Road  
Lancaster, SC 29720  
(cr)

**Franklin Col**  
2978 W Jackson St  
Tupelo, MS 38803  
(4327127)  
(cr)

**Franklin Credit**  
6 Harrison Street 6th Floor  
New York, NY 10013  
(4327128)  
(cr)

**Ga Power**  
2500 Patrick Henry Pkwy Bin #80002  
Mcdonough, GA 30253  
(4327129)  
(cr)

**GE Capital Retail Bank (Belk)**  
c/o Recovery Management Systems Cor  
25 SE 2nd Avenue, Suite 1120  
Miami, FL 33131-1605  
(4327130)  
(cr)

**Gecrb/Pay Pals**  
PO Box 965003  
Orlando, FL 32896-5003  
(4327131)  
(cr)

**Gecrb/Smrtcn**  
Po Box 965005  
Orlando, FL 32896  
(4327132)  
(cr)

**Georgia Power**  
2500 Patrick Henry Pkwy Bin# 80002  
McDonough, GA 30253  
(4327133)  
(cr)

**Gmac**  
P O Box 1994  
East Hanover, NJ 07936  
(4327134)  
(cr)

**Granite Recovery LLC**  
c/o Recovery Management Systems Corp  
25 SE 2nd Avenue Suite 1120  
Miami FL 33131-1605  
(4348278)  
(cr)

**Hsbc/Bstby**  
Po Box 5253  
Carol Stream, IL 60197  
(4327135)  
(cr)

**I.C. Systems, Inc.**  
P.O. Box 64378  
St Paul, MN 55164  
(4327136)  
(cr)

**INTERNAL REVENUE SERVICE**  
PO BOX 7346  
PHILADELPHIA,PA 19101-7346  
(4474822)  
(cr)

**Rjm Acquisitions Llc**  
575 Underhill Blvd, Suite 224  
(4331727)  
(cr)

Syosset, NY 11791

**Rogers Townsend & Thomas P.C.**
Neil D. Jones, Esquire
2550 West Tyvola Road, Suite # 520
Charlotte, NC 28217

(4327137)
(cr)

**Spring Leaf Financial**
5353 Red Tip Road
Fayetteville, NC 28314

(4327138)
(cr)

**Sprint**
404 Brock Dr
Bloomington, IL 61701

(4327139)
(cr)

**Suntrust**
1001 Semmes Ave RVW 3004
Richmond, VA 23224

(4327140)
(cr)

**SunTrust Bank**
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

(4334576)
(cr)

**Suntrust Bank**
P.O. Box 791144
Baltimore, MD 21279-1144

(4327141)
(cr)

**Termininx Company of NC**
P.O. Box 2587
Fayetteville, NC 28302

(4327142)
(cr)

**West Asset Management**
1000 F N Travis Street
Sherman, TX 75090

(4327143)
(cr)

**Yarborough, Winters & Neville, P.A.**
115 E. Russell Street
Fayetteville, NC 28301

(4372223)
(cr)

**Yarborourgh Law Firm**
115 E. Russell Street
Fayetteville, NC 28301

(4327144)
(cr)

| PACER Service Center ||
|---|---|
| Transaction Receipt ||
| 09/09/2014 11:24:17 ||
| **PACER Login:** rcaquias:4330254:4312886 | **Client Code:** |
| **Description:** Creditor List | **Search Criteria:** 12-05122-8-SWH Creditor Type: All |
| Billable | |