UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1881
(5:13-cv-00696-BO)
(12-05122-8-SWH)

_____

**Dennis Darnay Williams**

    **Debtor – APPELLANT**

v.

**Marjorie K. Lynch**

    **US Bankruptcy Administrator, EDNC – APPELLEE**

**&**

**James B. Angell**

    **Chapter 7 Trustee – APPELLEE**

_____

**APPELLEE'S MOTION TO AMEND
THE CAPTION OF THE CASE**

_____

NOW COMES Marjorie K. Lynch United States Bankruptcy Administrator for the Eastern District of North Carolina, Appellee ("Appellee"), by and through her undersigned counsel, files this Motion to Amend the Caption of the Case, and in support thereof, shows unto the Court as follows:

1.The Appellee believes that the designation of Dennis Darnay Williams as the Appellant is incorrect. The Bankruptcy Court and District Court orders upon which this appeal is premised, relate to attorney discipline imposed on Robert Lewis, Jr., in relation to his misconduct during his representation of Dennis Darnay Williams in the bankruptcy proceedings. The Appellant, Robert Lewis, Jr., is a licensed attorney pursuing this appeal on his own behalf. On February 1, 2013, the Bankruptcy Court entered an Order granting Robert Lewis Jr's request to withdraw from representation of Dennis Darnay Williams. As a result, the Appellee believes the case is more properly captioned: In the Matter of Robert Lewis, Jr.; or Robert Lewis, Jr. v. Marjorie K. Lynch, US Bankruptcy Administrator EDNC & James B. Angell, Chapter 7 Trustee.

2.The Appellant has been notified of the instant motion and does not consent to the proposed amendment. The Co-Appellee James B. Angell, Chapter 7 Trustee, supports the requested amendment.

WHEREFORE, based on the foregoing, the Appellee requests that the Court amend the caption of the case to reflect that Robert Lewis, Jr., is the Appellant in this matter.

Respectfully submitted this 18th day of September, 2014.

By: /s/Brian C. Behr
Brian C. Behr
N.C. State Bar No. 36616
Staff Attorney
United States Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
Telephone: (919) 334-3881
Facsimile: (919) 856-4692
Email: brian_behr@nceba.uscourts.gov
*Attorney for the Appellee Bankruptcy Administrator*

CERTIFICATE OF SERVICE

I, Brian C. Behr, of 434 Fayetteville St., Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Motion electronically upon counsel of record through the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

This 18th day of September, 2014.

By: /s/Brian C. Behr
Brian C. Behr
N.C. State Bar No. 36616
Staff Attorney
United States Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
Telephone: (919) 334-3881
Facsimile: (919) 856-4692
Email: brian_behr@nceba.uscourts.gov
*Attorney for the Appellee Bankruptcy Administrator*